

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00446-CR

Isidro **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9685
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Appellant's brief was due December 18, 2017; however, the court granted appellant an extension of time to file until January 17, 2018. Appellant has filed a motion requesting an additional thirty-day extension.

We grant the motion and **order** appellant's brief due **February 16, 2018**. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court